**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| KENDRA HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | 1:10CV33 |
| BARNES & NOBLE COLLEGE | ) | |
| BOOKSELLERS, LLC and BARNES | ) | |
| & NOBLE COLLEGE | ) | |
| BOOKSELLERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On August 4, 2010, the United States Magistrate Judge's Text Order Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that to the extent that the complaint can reasonably be read to allege any state law claims, those claims are **DISMISSED** with prejudice. To this extent, Defendants' motion to dismiss Plaintiff's state law claims (Docket No. 5) is **GRANTED.**

This the day of September 28, 2010

      /s/ N. Carlton Tilley, Jr.
Senior United States District Judge